

2003 OCT 14  P 2: 50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY WARD | : | CIVIL ACTION NO. |
| | : | 3:03 CV 399 (SRU) |
| V. | : | |
| | : | |
| BOSTON SCIENTIFIC CORPORATION | : | |
| AND MEDI-TECH | : | OCTOBER 10, 2003 |

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of the United States District Court for the District of Connecticut, the defendants, Boston Scientific Corporation and Medi-Tech, hereby respectfully move this Court for an Order enlarging the period of time within which to complete the depositions of fact witnesses from October 31, 2003 to December 31, 2003. The additional time is necessary in order for all parties to complete needed depositions. Such additional time will not prejudice either party. This is the defendant's first request for an enlargement of time with regard to completing fact witness depositions. Plaintiff's counsel has been consulted and consents to the granting of this Motion.

For all the foregoing reasons, counsel for the undersigned defendants asks that this Motion be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

08194.0048
**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS,
BOSTON SCIENTIFIC CORPORATION
AND MEDI-TECH

By _____
Christopher J. Lynch of
HALLORAN & SAGE LLP
Fed. Bar #ct 07308
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 10th day of October, 2003, I hereby mailed a copy of the foregoing to:

David H. Johnson, Esq.
Kennedy, Johnson, D'Elia & Gillooly
Long Wharf Maritime Center
545 Long Wharf Drive
New Haven, CT 06511

_____
Christopher J. Lynch

473560v1

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105