

FILED

2003 OCT 14 P 2:50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY WARD                                          :    CIVIL ACTION NO.
                                                   :    3:03 CV 399 (SRU)
V.                                                 :
                                                   :
BOSTON SCIENTIFIC CORPORATION                      :
AND MEDI-TECH                                      :    OCTOBER 10, 2003

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of the United States District Court for the District of Connecticut, the defendants, Boston Scientific Corporation and Medi-Tech, hereby respectfully move this Court for an Order enlarging the period of time within which to complete the depositions of fact witnesses from October 31, 2003 to December 31, 2003. The additional time is necessary in order for all parties to complete needed depositions. Such additional time [will] not prejudice either party. This is the defendant's first request for an enlargement of [time] with regard to completing fact witness depositions. Plaintiff's counsel has been [con]sulted and consents to the granting of this Motion.

For all the foregoing reasons, counsel for the undersigned defendants asks that [the] Motion be granted.

Motion Granted.
Discovery cutoff date December 31, 2003
Dispositive Motions Due by January 31, 2004
SO ORDERED
10/20/03
Stefan R. Underhill, U.S.D.J.

odwin Square
/lum Street
d, CT 06103

08194.0048
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105