UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 10  P 5: 27
US DISTRICT COURT
BRIDGEPORT CT

MARY WARD

v.

BOSTON SCIENTIFIC CORP. and
MEDI-TECH

Civ. Action No.
3:03cv399 (SRU)

## ORDER

The endorsement order (**doc. #16**) entered on October 21, 2003 is hereby **VACATED** as to the discovery and dispositive motions deadlines only. The original dates of February 27, 2004 for discovery and March 31, 2004 for dispositive motions shall remain in effect. The granted extension from October 31, 2003 to December 31, 2003 shall apply to the completion of the depositions of fact witnesses.

It is so ordered.

Dated at Bridgeport this 10th day of November 2003.

Stefan R. Underhill
United States District Judge