FILED

2003 DEC -2 P 12: 10

US D...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY WARD | : CIVIL ACTION NO.
: 3:03 CV 399 (SRU) |
| V. | : |
| BOSTON SCIENTIFIC CORPORATION
AND MEDI-TECH | :
: DECEMBER 1, 2003 |

## APPEARANCE

Please enter my appearance as Attorney for the defendants, Boston Scientific Corporation and Medi-Tech, in the above-captioned case.

Dated at Hartford, Connecticut on this 1st day of December, 2003.

DEFENDANTS, BOSTON SCIENTIFIC
CORPORATION AND MEDI-TECH

By _____
James M. Celentano
HALLORAN & SAGE LLP
Fed. Bar # ct 17630
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

---

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

08742.0583
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 1st day of December, 2003, I hereby mailed a copy of the foregoing to:

David H. Johnson, Esq.
Kennedy, Johnson, D'Elia & Gillooly
Long Wharf Maritime Center
545 Long Wharf Drive
New Haven, CT 06511

*/s/ James M. Celentano*

James M. Celentano

490453v1(HSFP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105