FILED

2003 DEC -8 P 12: 18

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY WARD | : | CIVIL ACTION |
| V. | : | NO. 3:03-CV-00399 (SRU) |
| BOSTON SCIENTIFIC CORPORATION, ET AL. | : | DECEMBER 4, 2003 |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of the United States District Court for the District of Connecticut, the plaintiff, Mary Ward, hereby respectfully moves this Court for an Order enlarging the period of time within which to complete the depositions of fact witnesses from December 31, 2003 to February 29, 2004. Coordinating dates for all parties, doctors and fact witnesses, has been hindered due to previous court commitments, holiday schedules, and plaintiff's counsel will be out of the country for an extended period of time beginning December 20th. Such additional time will not prejudice either party. Defendant's counsel has been consulted and consents to the granting of this Motion.

WHEREFORE, the plaintiff respectfully requests this Court to grant a 60-day extension to complete the needed depositions.

Respectfully submitted,
PLAINTIFF

BY_____
DAVID H. JOHNSON
Kennedy Johnson D'Elia & Gillooly
545 Long Wharf Drive
New Haven, CT 06511
(203) 865-8430
Juris No.: 106077
Federal Bar No.: CT 05355

## CERTIFICATION

This is to certify that a copy of the within and foregoing Motion has been mailed first class, postage prepaid, on December 5th, 2003 to: Christopher Lynch, Esq., Halloran & Sage, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103.

_____
DAVID H. JOHNSON
Kennedy Johnson D'Elia & Gillooly