03CV399MEXTTIME

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| MARY WARD | : | CIVIL ACTION |
| V. | : | NO. 3:03-CV-00399 (SRU) |
| BOSTON SCIENTIFIC CORPORATION, ET AL. | : | DECEMBER 17, 2003 |

2003 DEC 18 P 12: 22

## PLAINTIFF'S SUPPLEMENTAL MOTION FOR ENLARGEMENT OF TIME

Supplementing plaintiff's Motion for Enlargement of Time (as to depositions of fact witnesses) dated December 5, 2003 (granted by the Court on December 9, 2003), plaintiff respectfully requests that deadlines for the items which automatically become due after completion of depositions be extended for the same 60-day period to the following dates:

| | Deadline | |
|---|---|---|
| Depositions fact witnesses | 2/28/04 | Granted 12/9/03 |
| Deposition Plaintiff's expert | 2/28/04 | |
| | | |
| Defendant's disclosure of expert | 3/31/04 | |
| Deposition-defendant's expert | 4/30/04 | |
| Discovery completed | 4/30/04 | |
| Joint trial memorandum | 6/30/04 | |
| Trial ready | 7/31/04 | |

Plaintiff erred in asking only for an extension of fact witnesses in the 12/5/03 Motion, and should have requested an extension for all depositions in addition to the follow-on items. Such additional time will not prejudice either party. Defendant's counsel has been consulted and consents to the granting of this supplemental motion.

WHEREFORE, the plaintiff respectfully requests this Court to grant the above extensions of time.

Respectfully submitted,
PLAINTIFF

BY_____
DAVID H. JOHNSON
Kennedy Johnson D'Elia & Gillooly
545 Long Wharf Drive
New Haven, CT 06511
(203) 865-8430
Juris No.: 106077
Federal Bar No.: CT 05355

*Kennedy, Johnson, D'Elia & Gillooly L.L.C.* • ATTORNEYS AT LAW
LONG WHARF MARITIME CENTER • 545 LONG WHARF DRIVE • NEW HAVEN, CT 06511
FAX (203) 865-5345 • (203) 865-8430 • JURIS NO. 106077

GRANTED; ABSENT OBJECTION.
SO ORDERED
Stefan R. Underhill, U.S.D.J.