FILED

2004 JAN 21 P 1: 13

UNITED STATES DISTRICT COURT US DISTRICT COURT
DISTRICT OF CONNECTICUT        BRIDGEPORT

| | | |
|---|---|---|
| MARY WARD | : | CIVIL ACTION NO. |
| V. | : | 3:03 CV 399 (SRU) |
| | : | |
| BOSTON SCIENTIFIC CORPORATION | : | |
| AND MEDI-TECH | : | JANUARY 19, 2004 |

## MOTION TO COMPEL

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the defendants hereby respectfully move this Court to issue an order compelling the plaintiff to provide counsel for the defendants with a copy of the entire record, including any x-rays films or other studies, concerning her admission to Yale New Haven Hospital from December 24, 1985 until January 9, 1986. In the alternative, the defendants request the plaintiff to provide a properly executed HIPAA authorization so that counsel for the defendants can obtain the records and films directly.

This request has been made on numerous occasions to plaintiff's counsel. On numerous occasions, plaintiff's counsel has advised that they will produce the above requested records and films. However, to date, no such records and films have been produced.

In this case, the plaintiff is claiming to have suffered personal injuries when a piece of a medical device, specifically a Greenfield Filter, allegedly broke off, migrated

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

08194.0045
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

towards her spine, and became embedded near her spine allegedly causing her great pain and discomfort. The Greenfield filter allegedly involved was implanted in the plaintiff during the aforementioned stay at Yale New Haven Hospital in 1985-1986.

According to the Operative Record that has been disclosed, during the course of the implantation procedure, the physician had a great deal of difficulty implanting the device. In addition, a report on a follow up x-ray taken of the filter that has been disclosed notes that the prongs of the device do not appear to be open. The Court should note that the piece of the device that allegedly broke off is one of the so-called prongs.

The plaintiff has disclosed a portion of the records from her 1985-1986 stay at Yale New Haven Hospital during which the Greenfield Filter was implanted. The defendants are entitled to review the entire Yale New Haven Hospital record for the plaintiff's hospitalization in order to determine if there is any other information in it relevant to this case or that would lead to the discovery of admissible evidence. In addition, perhaps most importantly, the defendants are entitled to attempt to obtain the actual x-ray that shows that the prongs were not open in order to review it and have it evaluated.

The above requested records and films are necessary in order for the defendant to properly evaluate and defend this case. Plaintiff's counsel has promised on numerous occasions to produce the records and films, but, to date, has failed to do so. The failure of plaintiff's counsel to produce the records and films is highly prejudicial to

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

the defendant and has been impeding the defendant's ability to fully evaluate and defend this case.

WHEREFORE, for all the foregoing reasons, counsel for the defendant asks that this Motion be granted and that the plaintiff be ordered to immediately disclose the requested records and films or, in the alternative, to immediately provide a proper HIPAA authorization to defendants' counsel so that they may obtain the records directly.

THE DEFENDANTS,
BOSTON SCIENTIFIC CORPORATION
AND MEDI-TECH

By_____
Christopher J. Lynch of
HALLORAN & SAGE LLP
Fed. Bar #ct 07308
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 19th day of January, 2004, I hereby mailed a copy of the foregoing to:

David H. Johnson, Esq.
Kennedy, Johnson, D'Elia & Gillooly
Long Wharf Maritime Center
545 Long Wharf Drive
New Haven, CT 06511

_____
Christopher J. Lynch

438287.1(HSFP)

- 4 -

One Goodwin Square            HALLORAN            Phone (860) 522-6103
225 Asylum Street             & SAGE LLP          Fax (860) 548-0006
Hartford, CT 06103                                Juris No. 26105