23

03cv399mcomp

FILED

2004 JAN 21 P 1:13

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SRU 3/1/04

FILED 2004 MAR -2 A
US DISTRICT COURT
BRIDGEPORT

Denied as moot. So ordered. /s/

| | |
|---|---|
| MARY WARD | : CIVIL ACTION NO. |
| V. | : 3:03 CV 399 (SRU) |
| BOSTON SCIENTIFIC CORPORATION AND MEDI-TECH | : JANUARY 19, 2004 |

## MOTION TO COMPEL

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the defendants hereby respectfully move this Court to issue an order compelling the plaintiff to provide counsel for the defendants with a copy of the entire record, including any x-rays films or other studies, concerning her admission to Yale New Haven Hospital from December 24, 1985 until January 9, 1986. In the alternative, the defendants request the plaintiff to provide a properly executed HIPAA authorization so that counsel for the defendants can obtain the records and films directly.

This request has been made on numerous occasions to plaintiff's counsel. On numerous occasions, plaintiff's counsel has advised that they will produce the above requested records and films. However, to date, no such records and films have been produced.

In this case, the plaintiff is claiming to have suffered personal injuries when a piece of a medical device, specifically a Greenfield Filter, allegedly broke off, migrated

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

08194.0045
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105