UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY WARD | : | CIVIL ACTION NO. |
| | : | 3:03 CV 399 (SRU) |
| V. | : | |
| | : | |
| BOSTON SCIENTIFIC CORPORATION | : | |
| AND MEDI-TECH | : | MARCH    , 2004 |

**JOINT MOTION REQUESTING ASSIGNMENT OF THIS MATTER TO MAGISTRATE GARFINKEL FOR MEDIATION AND FOR AN EXTENSION OF THE DISCOVERY AND TRIAL READINESS ORDERS**

The parties in this action have completed extensive written discovery. In addition, the parties have completed the depositions of two of the Plaintiff's treating physicians, one of whom is also an expert for the Plaintiff. Further, the parties have begun the deposition of the Plaintiff. Subsequent to the completion of the depositions noted above, and given the status of this file, the parties hereby respectfully request the Court to assign this matter for a non-binding mediation before Magistrate Garfinkel as soon as his schedule allows.

In addition, the parties hereby request this Court to extend the discovery and trial readiness orders in this matter for four months. Counsel has been advised that Magistrate Garfinkel can likely accommodate a non-binding mediation for them in April or May. Extending the discovery and trial readiness orders will allow counsel to focus on the mediation. If discovery continues in this matter in accordance with the present

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

08194.0045
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

discovery and trial readiness orders, it could prove to be quite costly and have a negative impact upon the chances for this case to settle.

Specifically, both parties are requesting the following discovery and trial readiness deadlines:

| | |
|---|---|
| Completion of Depositions of Fact Witnesses: | June 30, 2004; |
| Completion of Deposition of Plaintiff's Experts: | June 30, 2004; |
| Disclosure of Defendant's Experts: | July 30, 2004; |
| Completion of Depositions of Defendant's Experts: | August 31, 2004; |
| Completion of all Discovery: | August 31, 2004; |
| Filing of Joint Trial Memorandum: | October 29, 2004; |
| Case to be Trial Ready: | November 30, 2004. |

Counsel for Plaintiff joins in this Motion. The assignment of this case for mediation and the additional time requested above will not prejudice either party in their preparation of the case.

For all the foregoing reasons, the parties respectfully request this Court to grant this Motion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

THE PLAINTIFF,
MARY WARD


BY_____
David H. Johnson of
KENNEDY, JOHNSON D'ELIA & GILLOOLY
Fed Bar #ct 05355
545 Long Wharf Drive
New Haven, CT 06511
(203) 865-8430


THE DEFENDANTS,
BOSTON SCIENTIFIC CORPORATION AND MEDI-TECH


By_____
Christopher J. Lynch of
HALLORAN & SAGE LLP
Fed. Bar #ct 07308
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## CERTIFICATION

      This is to certify that on this     th day of March, 2004, I hereby mailed a copy of the foregoing to:

David H. Johnson, Esq.
Kennedy, Johnson, D'Elia & Gillooly
Long Wharf Maritime Center
545 Long Wharf Drive
New Haven, CT  06511

 

_____
Christopher J. Lynch

523786

- 4 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105