FILED

2004 MAR 10 A 10: 27

U.S. DISTRICT COURT
BRIDGEPORT. CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY WARD

V.

BOSTON SCIENTIFIC CORPORATION
AND MEDI-TECH

: CIVIL ACTION NO.
: 3:03 CV 399 (SRU)

: MARCH 8, 2004

## JOINT MOTION REQUESTING ASSIGNMENT OF THIS MATTER TO MAGISTRATE GARFINKEL FOR MEDIATION AND FOR AN EXTENSION OF THE DISCOVERY AND TRIAL READINESS ORDERS

The parties in this action have completed extensive written discovery. In addition, the parties have completed the depositions of two of the Plaintiff's treating physicians, one of whom is also an expert for the Plaintiff. Further, the parties have begun the deposition of the Plaintiff. Subsequent to the completion of the depositions noted above and given the status of this file, the parties hereby respectfully request the Court to assign this matter for a non-binding mediation before Magistrate Garfinkel as soon as his schedule allows.

In addition, the parties hereby request this Court to extend the discovery and trial readiness orders in this matter for four months. Counsel has been advised that Magistrate Garfinkel can likely accommodate a non-binding mediation for them in April or May. Extending the discovery and trial readiness orders will allow counsel to focus on the mediation. If discovery continues in this matter in accordance with the present

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

08194.0045
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105