UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 19  A 10: 02

U.S. DISTRICT COURT
BRIDGEPORT, CONN

MARY WARD

v.

BOSTON SCIENTIFIC CORP. and MED-TECH

Civil Action No.
3:03cv399 (SRU)

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___  A ruling on the following motions which are currently pending: (orefm.)

_X_  A settlement conference (orefmisc./cnf)

___  A conference to discuss the following: (orefmisc./cnf) _____

___  Other: (orefmisc./misc) _____

SO ORDERED this _18th_ day of March 2004, at Bridgeport, Connecticut.

Stefan R. Underhill
United States District Judge