UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY WARD                                         :   CIVIL ACTION NO.
                                                  :   3:03 CV 399 (SRU)
V.                                                :

BOSTON SCIENTIFIC CORPORATION                     :
AND MEDI-TECH                                     :   JULY 1, 2004

## JOINT MOTION FOR EXTENSION OF DISCOVERY  AND TRIAL READINESS ORDERS

The parties in this action have completed extensive written discovery.  In

addition, the parties have completed the depositions of two of the Plaintiff's treating

physicians, one of whom is also an expert for the Plaintiff.  Further, the parties have

begun the deposition of the Plaintiff.  Subsequent to the completion of the depositions

noted above, and given the status of this file, at the parties request, this case is

scheduled for a settlement conference before Magistrate Garfinkel on July 20, 2004.

In order to facilitate the settlement conference and avoid further costs in the

preparation of this case that may have a negative impact on the potential settlement of

this case, the parties hereby request this Court to extend the discovery and trial

readiness orders in this matter for two months.  Extending the discovery and trial

readiness orders will allow counsel and the parties to focus on the settlement

conference. If discovery continues in this matter in accordance with the present

One Goodwin Square                08194.0045
225 Asylum Street              HALLORAN              Phone (860) 522-6103
Hartford, CT 06103             ℓ SAGE ℓℓP            Fax (860) 548-0006
                                                     Juris No. 26105

discovery and trial readiness orders, it could prove to be quite costly and have a negative impact upon the chances for this case to settle.

Specifically, both parties are requesting the following discovery and trial readiness deadlines:

| | |
|---|---|
| Completion of Depositions of Fact Witnesses: | August 30, 2004; |
| Completion of Deposition of Plaintiff's Experts: | August 30, 2004; |
| Disclosure of Defendant's Experts: | September 30, 2004; |
| Completion of Depositions of Defendant's Experts: | October 31, 2004; |
| Completion of all Discovery: | October 31, 2004; |
| Filing of Joint Trial Memorandum: | December 29, 2004; |
| Case to be Trial Ready: | January 30, 2004. |

Counsel for Plaintiff joins in this Motion. The additional time requested above will not prejudice either party in their preparation of the case.

For all the foregoing reasons, the parties respectfully request this Court to grant this Motion.

-2-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE PLAINTIFF,
MARY WARD


BY _____
David H. Johnson of
KENNEDY, JOHNSON D'ELIA & GILLOOLY
Fed Bar #ct 05355
545 Long Wharf Drive
New Haven, CT 06511
(203) 865-8430




THE DEFENDANTS,
BOSTON SCIENTIFIC CORPORATION AND MEDI-TECH


By _____
Christopher J. Lynch of
HALLORAN & SAGE LLP
Fed. Bar #ct 07308
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square                    HALLORAN                    Phone (860) 522-6103
225 Asylum Street                                                 Fax (860) 548-0006
Hartford, CT 06103                    ( SAGE LLP                  Juris No. 26105

## CERTIFICATION

    This is to certify that on this /5ᵗ day of July, 2004, I hereby mailed a copy of the foregoing to:

David H. Johnson, Esq.
Kennedy, Johnson, D'Elia & Gillooly
Long Wharf Maritime Center
545 Long Wharf Drive
New Haven, CT  06511

Christopher J. Lynch

523786

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105