

2004 SEP 16 P 12:22

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY WARD | : CIVIL ACTION NO. |
| V. | : 3:03 CV 399 (SRU) |
| BOSTON SCIENTIFIC CORPORATION AND MEDI-TECH | : Sept 14, 2004 |

**STIPULATION OF DISMISSAL**

The parties in the above-referenced action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), request that the Court dismiss this action with prejudice, and without costs to any party.

DATED: 8.25.04                              DATED: 9/14/04

THE PLAINTIFF:                              THE DEFENDANTS:
MARY WARD                                   BOSTON SCIENTIFIC CORP.,
                                            AND MEDI-TECH

By_____                  By_____
David H. Johnson, Esq.                      Christopher J. Lynch
Fed. Bar # 05355                            Fed. Bar #ct07308 of
Kennedy, Johnson, D'Elia & Gillooly         HALLORAN & SAGE, LLP
Long Wharf Maritime Center                  One Goodwin Square
545 Long Wharf Drive                        225 Asylum Street
New Haven, CT 06511                         Hartford, CT 06103
(203) 865-8430                              (860) 522-6103

SO ORDERED:

_____
United States District Judge

583962

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this _15_ day of _Sept_, 2004, I hereby mailed a copy of the foregoing to:

David H. Johnson, Esq.
Kennedy, Johnson, D'Elia & Gillooly
Long Wharf Maritime Center
545 Long Wharf Drive
New Haven, CT 06511

_____
Christopher J. Lynch

523786

– 4 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105